UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRENWICK AMERICA REINSURANCE CORPORATION and UNUM LIFE INSURANCE COMPANY OF AMERICA, Plaintiffs, v. IRC, INC. (individually and as successor by merger of IRC, INC. and OCCUPATIONAL HEALTH UNDERWRITERS, INC.), IRC RE LIMITED (individually and as successor by merger of IRC RE, LIMITED and MANAGED COMPENSATION INSURANCE CO. LTD.), and MALCOLM C. SWASEY, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. Action No. 07cv12160-NG |

GERTNER, D.J.:

ORDER
July 1, 2011

Plaintiffs Trenwick America Reinsurance Corporation and UNUM Life Insurance Company of America having moved, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for the entry of an Order correcting three clerical errors in the Court's Memorandum and Opinion Re: Defendants' Objection to the Proposed Judgment and Attorneys' Fees, filed May 23, 2011 (document # 158) and the Judgment dated May 23, 2011 (document # 159), and for good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. Plaintiffs' motion (**document #160**) is **GRANTED**;

2. The May 23, 2011, Memorandum and Opinion Re: Defendants' Objection to the Proposed Judgment and Attorneys' Fees is hereby corrected to reflect that the award of $2,661,013.83 of fees and costs in favor of plaintiffs and against defendants IRC, Re, Limited, IRC, Inc., and Malcolm Swasey is inclusive of $272,339.21 of costs and expenses that were submitted directly to plaintiffs' agent, AUL Reinsurance Management Services, LLC, for payment.

3. The Judgment is corrected (a) to provide that all prejudgment interest awarded in the Judgment is entered in favor of plaintiffs and against all defendants, jointly and severally;

and (b) to provide for the entry of judgment in favor of plaintiffs and against all defendants, jointly and severally, of the $2,661,013.83 of fees and expenses allowed by the Court. An Amended Judgment reflecting these corrections shall issue.

**SO ORDERED.**

**Date: July 1, 2011**         <u>      /s/ *Nancy Gertner*      </u>
                               **NANCY GERTNER, U.S.D.J.**