UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRENWICK AMERICA REINSURANCE )<br>CORPORATION and UNUM LIFE )<br>INSURANCE COMPANY OF AMERICA, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>IRC, INC. (individually and as successor by )<br>merger of IRC, INC. and OCCUPATIONAL )<br>HEALTH UNDERWRITERS, INC.), IRC )<br>RE LIMITED (individually and as successor )<br>by merger of IRC RE, LIMITED and )<br>MANAGED COMPENSATION INSURANCE )<br>CO. LTD.), and MALCOLM C. SWASEY, )<br>    Defendants. ) | Civ. Action No. 07cv12160-NG |

GERTNER, D.J.:

## AMENDED JUDGMENT
July 1, 2011

Judgment is entered in favor of Plaintiffs and against IRC, Inc. (individually and as successor by merger of IRC, Inc. and Occupational Health Underwriters, Inc.), IRC RE, Limited (individually and as successor by merger of IRC RE Limited and Managed Compensation Insurance Co. Ltd.) and Malcolm L. Swasey (collectively "Defendants"), jointly and severally, in the amount of EIGHT MILLION, THREE HUNDRED SIXTY-FOUR THOUSAND, ONE HUNDRED TEN AND 60/100 ($8,364,110.60) DOLLARS. This amount consists of $4,182,055.32 in damages doubled as required by the Court's Memorandum and Order dated February 16, 2011 and G.L. c. 93A § 11, on Counts 1 (Breach of Contract) (IRC, Re), and 7 (Chapter 93A). (Swasey, IRC Re, IRC, Inc.). As to all other counts, judgment is for the defendants as described in my February 16, 2011 Memorandum and Order. In addition, judgment is also entered against Defendants IRC, Inc., IRC Re, Ltd., and Malcolm Swasey, jointly and severally, for prejudgment interest from November 16, 2007 through February 23,

2011, in the amount of ONE MILLION, SIX HUNDRED FORTY-THREE THOUSAND, THIRTY THREE AND 15/100 ($1,643,033.15) DOLLARS and pre judgment interest (at a per diem rate of ONE THOUSAND, THREE HUNDRED SEVENTY-FOUR AND 92/100 ($1,374.92)DOLLARS from February 24, 2011, through the date of this judgment. Interest amounts are calculated on the actual damages, i.e. before the punitive doubling of the damages. (See Memorandum and Order dated May 23, 2011). In addition, judgment is also entered against Defendants IRC, Inc., IRC Re, Ltd., and Malcolm Swasey, jointly and severally, for plaintiffs' allowed Attorneys Fees and Costs in the amount of TWO MILLION, SIX HUNDRED SIXTY-ONE THOUSAND, THIRTEEN AND 83/100 ($2,661,013.83) DOLLARS (see Memorandum and Order dated May 23, 2011).

**SO ORDERED.**

**Date: July 1, 2011**   /s/ Nancy Gertner
  **NANCY GERTNER, U.S.D.J.**